THE GREENWICH BANK OF THE CITY OF NEW YORK, Respondent, *v.* THE CHATHAM AND PHENIX NATIONAL BANK OF THE CITY OF NEW YORK, Appellant, Impleaded with Another.

(Argued November 21, 1928; decided December 7, 1928.)

*Harold L. Fierman* and *Alfred E. Rosenhirsch* for appellant.

*Albert Falck* for respondent.

no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.